Wills et al v. Howie Bros.

[68 South. 780.]

1. Appeal and Error. *Reservation of grounds of review. Exceptions. Appeal bond. Amendment. Statutes.*

Under Code 1906, section 3112, providing that appeals to the supreme court shall be taken within two years after the rendi-

tion of the judgment complained of, the court rendering a final judgment was without power to limit the right of appeal to sixty days and notwithstanding such limitation the appeal may be perfected after the expiration of such sixty days.

2. APPEAL AND ERROR. *Appeal bond. Amendment.*
   Where a motion was made in the supreme court to dismiss an appeal because the appeal bond was only signed by one surety and appellant, admitting the defect, requested leave to file a new bond, such request will be granted.

APPEAL from the circuit court of Smith county.

HON. W. H. HUGHES, Judge.

Suit by T. J. Wills and others against Howie Bros. From a judgment for defendant, plaintiff appeals. Motion to dismiss appeal overruled.

The facts are fully stated in the opinion of the court.

*Howie & Howie,* for the motion to dismiss.

*T. J. Wills,* opposed to motion to dismiss and for motion to consolidate.

SMITH, C. J., delivered the opinion of the court.

This is a motion to dismiss for the reason: First, that the appeal was taken after the time therefor had expired; and, second, that the appeal bond was signed by only one surety.

The appeal is from a final judgment which recites that:

"The said T. J. Wills and S. P. Searcy excepted and were given sixty days in which to perfect their appeal."

The appeal is from a final judgment, which recites sixty days from the date of the judgment. It was not necessary to except to the judgment, and the court was without power to limit the right of appeal to sixty days; that right being regulated by section 3112 of the Code, which provides that an appeal "shall be taken

within two years next after the rendition of the judgment or decree complained of."

The defect in the bond is admitted by counsel for appellant, and they request leave to file a new bond, which will be granted.

Motion overruled, and fifteen days granted in which to file a new bond.

*Overruled.*